IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 3:05cr167HTW-AGN

MAE GRAHAM
DEBBIE GRAHAM

### ORDER TO UNSEAL

The United States of America requests that the Indictment herein be unsealed, and represents the following:

The indictment herein has now been served on the defendant and there remains no additional law enforcement related reason to keep the indictment sealed.

WHEREFORE, the United States requests that the Court UNSEAL the Indictment.

Respectfully submitted,

DUNN LAMPTON
United States Attorney

By: _____
JERRY L. RUSHING
Assistant United States Attorney

The Court having considered the above request, IT IS, HEREBY, ORDERED that the this Indictment be unsealed.

SO ORDERED, this the 18th day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE